**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

**REHEARING ACTION: February 4, 2015**

**Docket Number: 13   01063-CA**

**PATRICIA ANN THOMPSON**
**VERSUS**
**WINN-DIXIE LOUISIANA, INC., ET AL.**

**Appealed from Iberia Parish Case No. 112884**

<u>**BEFORE JUDGES**</u>:

      **Hon. Sylvia R. Cooks**
      **Hon. John D. Saunders**
      **Hon. Elizabeth A. Pickett**
      **Hon. Billy Howard Ezell**
      **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Winn-Dixie Montgomery, Inc.** and the application for rehearing

filed by **Patricia Ann Thompson** have this day been

      **DENIED.**

cc: Pride Justin Doran, Counsel for the Appellant
   Jermaine Demetrie Williams, Counsel for the Appellant
    Hon. Lambert J. Hassinger, Counsel for the Appellee
    David John Calogero, Counsel for the Appellee